FRANCESCA P. AGLIOLA, as Administratrix of the Estate of AURORA PAPA, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Agliola* v. *Erie R. R. Co.*, 156 App. Div. 924, affirmed.
(Argued December 3, 1914; decided December 18, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 16, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Marion H. Fisher* for appellant.

*Horace O. Lanza* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CUDDEBACK, MILLER and CARDOZO, JJ. Dissenting: HISCOCK, CHASE and COLLIN, JJ.